IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

|  |  |
|---|---|
| TRAVIS DUNCAN, <br> Plaintiff, <br><br> vs. <br><br> BLACKBIRD PRODUCTS GROUP, LLC, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 17-03404-CV-S-BP <br> ) <br> ) <br> ) <br> ) |

### MOTION TO EXTEND FACT DISCOVERY DEADLINE AND TO CLARIFY THAT THE DEPOSTIONS OF DESIGNATED EXPERTS MAY BE TAKEN AFTER THE EXPERT DESIGNATION DEADLINE

COMES NOW Defendant by and through its attorney Christopher P. Lawson of Lawson Law Office, LLC and moves the Court for an Order granting extension of the fact discovery deadline to October 15, 2020 and to clarify that depositions of designated experts may be taken after the expert designation deadline.

1. Both parties have been working with the Special Master to finish the *Ameriwood* production and to finish scheduling depositions on or before October 15, 2020.

2. Additionally, there has not yet been a ruling on Plaintiff's objection to Defendant's subpoenas of certain fact witnesses which also impacts Defendant's ability to take such witnesses' deposition.

3. Defendant also seeks clarification that depositions of designated experts may be made after the expert designation deadline.

**WHEREFORE,** for the reasons stated above, Defendant requests that the Court grant an extension of fourteen days for fact discovery and to clarify that each party may take the

deposition of designated experts after the expert designation deadline, and for such other and further relief as the Court deems just and proper.

          Respectfully Submitted,

          **LAWSON LAW OFFICE, LLC**

          /s/ Christopher P. Lawson
          Christopher P. Lawson #KS-000955
          6750 Antioch Road, Suite 215
          Overland Park, Kansas 66204
          913-432-9922 tel.
          913-432-9933 telefax
          Attorney for Defendant

## CERTIFICATE OF SERVICE

       I DO HEREBY CERTIFY that a true and correct copy this document was e-filed without error and was transmitted to Plaintiff and Counsel by the Court's Electronic Case File System on October 2, 2020 addressed to:

Robert Schultz
640 Cepi Drive Chesterfield, Mo. 63005
636-537-4645 tel.
636-537-2599 telefax
rschultz@sl-lawyers.com
Attorney for Plaintiff

Michael Rudd
Sandberg, Phoenix & von Gontard, PC-KCMO
4600 Madison Avenue
Suite 1000
Kansas City, MO 64112
816-425-9699
Email: mrudd@sandbergphoenix.com
Attorney for Plaintiff

Shazzie Naseem
BerkowitzOliver, LLP
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108
Ph: 816-561-7007
Fax: 816-561-1888
SNaseem@BerkowitzOliver.com
Special Master

Ronald D. Marney
Sandberg, Phoenix & von Gontard, PC-KCMO
4600 Madison Avenue
Suite 1000
Kansas City, MO 64112
816-627-5533
Fax: 816-627-5532
Email: rmarney@sandbergphoenix.com
Attorney for Plaintiff

/s/ Christopher P. Lawson
Christopher P. Lawson #KS-000955
6750 Antioch Road, Suite 215
Overland Park, Kansas 66204
Ph: 913-432-9922
Fax: 913-432-9933
E-Mail: chris.lawson@lawsonlawllc.com
Attorney for Defendant

3