IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| *TRAVIS DUNCAN* | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No. 6:17-cv-03404-BP |
| *BLACKBIRD PRODUCTS GROUP, LLC* | ) ) ) ) | |
| Defendant. | ) ) ) | |

## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL
## FOR PLAINTIFF TRAVIS DUNCAN

COMES NOW Ronald D. Marney II, and the law firm Sandberg Phoenix & von Gontard P.C., and respectfully request this Court for an order granting his withdrawal as counsel on behalf of Plaintiff Travis Duncan, and substitute Philip R. Dupont, MO Bar #35454, of Sandberg Phoenix & von Gontard P.C.

SANDBERG PHOENIX & von GONTARD P.C.

By: /s/ *Ronald D. Marney II*
Ronald D. Marney II #47141
Philip R. Dupont #35454
Michael Rudd #71591
4600 Madison Ave. Suite 1000
Kansas City, Missouri 64112
816-816-627-5332
Fax: 816-627-5532
rmarney@sandbergphoenix.com
pdupont@sandbergphoenix.com
mrudd@sandbergphoenix.com

*Attorneys for Plaintiff Travis Duncan*

## Certificate of Service

   I hereby certify that on the 7th day of October 2020 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Christopher P. Lawson
Lawson Law Office, LLC
6750 Antioch Rd., Suite 215
Overland Park, KS  66210
(913) 432-9922
Fax (913) 432-9933
Chris.lawson@lawsonlawllc.com

                 */s/ Ronald D. Marney II*