IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| *TRAVIS DUNCAN* | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 6:17-cv-03404-BP |
| *BLACKBIRD PRODUCTS GROUP, LLC* | ) ) ) |
| Defendant. | ) ) ) ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff Travis Duncan's Designation of Expert Witnesses were sent by electronic mail, on the 22nd of October, 2020 to:

Christopher P. Lawson
Lawson Law Office, LLC
6750 Antioch Rd., Suite 215
Overland Park, KS 66210
(913) 432-9922
Fax (913) 432-9933
Chris.lawson@lawsonlawllc.com

SANDBERG PHOENIX & von GONTARD P.C.

By: */s/ Michael Rudd*
Philip R. Dupont #35454
Michael Rudd #71591
4600 Madison Ave. Suite 1000
Kansas City, Missouri 64112
816-816-627-5332
Fax: 816-627-5532
rmarney@sandbergphoenix.com
mrudd@sandbergphoenix.com
*Attorneys for Plaintiff Travis Duncan*

14192681.v1

## Certificate of Service

      I hereby certify that on 27th day of October 2020 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Christopher P. Lawson
Lawson Law Office, LLC
6750 Antioch Rd., Suite 215
Overland Park, KS 66210
(913) 432-9922
Fax (913) 432-9933
Chris.lawson@lawsonlawllc.com

                                        */s/ Michael Rudd*