# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| TRAVIS DUNCAN, <br> Plaintiff, <br><br> vs. <br><br> BLACKBIRD PRODUCTS GROUP, LLC, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 17-03404-CV-S-BP <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 22, 2020 an original of **Defendant's Amended Expert Witness Designation** was served through E-mail to the following:

**Robert Schultz**
640 Cepi Drive
Chesterfield, Mo. 63005
636-537-4645 tel.
636-537-2599 telefax
rschultz@sl-lawyers.com
Attorney for Plaintiff

**Michael Rudd**
Sandberg, Phoenix & von Gontard, PC-KCMO
4600 Madison Avenue
Suite 1000
Kansas City, MO 64112
816-425-9699
Email: mrudd@sandbergphoenix.com
Attorney for Plaintiff

**Shazzie Naseem**
BerkowitzOliver, LLP
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108
Ph:  816-561-7007
Fax:  816-561-1888
SNaseem@BerkowitzOliver.com
Special Master

**Philip R. Dupont**
Sandberg, Phoenix & von Gontard, PC-KCMO
4600 Madison Avenue
Suite 1000
Kansas City, MO 64112
816-627-5534
Fax: 816-627-5532
Email: pdupont@sandbergphoenix.com
Attorney for Plaintiff

Respectfully Submitted,

**LAWSON LAW OFFICE, LLC**

/s/ Christopher P. Lawson
Christopher P. Lawson #KS-000955
6750 Antioch Road, Suite 215
Overland Park, Kansas 66204
913-432-9922 tel.
913-432-9933 telefax
chris.lawson@lawsonlawllc.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

      I DO HEREBY CERTIFY that a true and correct copy this document was e-filed without error and was transmitted to Plaintiff and Counsel by the Court's Electronic Case File System on October 27, 2020 addressed to:

Robert Schultz
640 Cepi Drive Chesterfield, Mo. 63005
636-537-4645 tel.
636-537-2599 telefax
rschultz@sl-lawyers.com
Attorney for Plaintiff

Michael Rudd
Sandberg, Phoenix & von Gontard, PC-KCMO
4600 Madison Avenue
Suite 1000
Kansas City, MO 64112
816-425-9699
Email: mrudd@sandbergphoenix.com
Attorney for Plaintiff

Philip R. Dupont
Sandberg, Phoenix & von Gontard, PC-KCMO
4600 Madison Avenue
Suite 1000
Kansas City, MO 64112
816-627-5534
Fax: 816-627-5532
Email: pdupont@sandbergphoenix.com
Attorney for Plaintiff

Shazzie Naseem
BerkowitzOliver, LLP
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108
Ph: 816-561-7007
Fax: 816-561-1888
SNaseem@BerkowitzOliver.com
Special Master

      /s/ Christopher P. Lawson
Christopher P. Lawson #KS-000955
6750 Antioch Road, Suite 215
Overland Park, Kansas 66204
Ph: 913-432-9922
Fax: 913-432-9933
E-Mail: chris.lawson@lawsonlawllc.com
Attorney for Defendant